PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, California 94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:  pamela.cogan@rmkb.com; robert.forni@rmkb.com

Attorneys for Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

TONY ARJO (SBN 151890)
1440 Broadway, Suite 1019
Oakland, CA  94612
Telephone:	(510) 451-2334
Facsimile:	(510) 451-2310
Email:  tarj@sbcglobal.net

Attorneys for Plaintiff, JOSE DAGUNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAGUNA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　　Defendants. | Case No.  5:15-cv-00905-EMC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint served: July 30, 2015<br>Current response date: September 4, 2015<br><br>Hon. Edward M. Chen |

WHEREAS, the initial Case Management Conference in the above-entitled action is set for September 3, 2015, at 9:30 a.m.;

WHEREAS, Plaintiff Jose Daguna ("Daguna") served Defendant Liberty Life Assurance of Boston ("Liberty Life") with the Summons and Complaint on July 30, 2015;

WHEREAS, Liberty Life has not appeared in this action, and, pursuant to the parties' Stipulation (Document No. 17), Liberty Life has until September 4, 2015 to file its response to the Complaint; and

1  WHEREAS, counsel for Liberty Life in this action, Robert M. Forni, Jr., will be unavailable for any proceedings in this action September 21, 2015 through October 2, 2015, while he is out of the country on a pre-planned, non-refundable vacation;

The parties hereby stipulate and agree, by and through their counsel, to continue the Case Management Conference in this matter from September 3, 2015, to November 10, 2015, at 9:30 .am.

The parties further stipulate and agree to file a Joint Case Management Conference Statement pursuant to Fed. R. Civ. Pro. 26(f) no later than November 3, 2015.

All signatories to this Statement, and all parties on whose behalf the filing is submitted, have authorized its filing.

Dated:  September 2, 2015            ROPERS, MAJESKI, KOHN & BENTLEY


By:  /s/ *Robert M. Forni, Jr.*
     PAMELA E. COGAN
     ROBERT M. FORNI, JR.
     Attorneys for Defendant, LIBERTY LIFE
     ASSURANCE COMPANY OF BOSTON

Dated:  September 2, 2015            LAW OFFICES OF TONY ARJO


By:  /s/ *Tony Arjo*
     TONY ARJO
     Attorneys for Plaintiff, JOSE DAGUNA

## ORDER

Pursuant to the Stipulation, the court hereby finds good cause to continue the Case Management Conference from September 3, 2015, to November ~~10~~ 17, 2015 at 9:30 a.m. The parties shall file a Joint Case Management Conference Statement pursuant to Fed. R. Civ. Pro. 26(f) no later than November ~~3~~ 10, 2015.

**IT IS SO ORDERED**:

Dated:  September __2__, 2015

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4824-4837-4311.1