# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOSE DAGUNA _____
              Plaintiff(s),

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON _____
              Defendant(s).
_____ /

CASE NO. 15-cv-00905 EMC _____

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
☒    Private ADR *(please identify process and provider)* Mediation before agreed upon neutral (Vivienne Williamson, Esq.), fees and costs of which to be paid equally by the parties.

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☒    other requested deadline February 17, 2016 _____

Dated: November 11, 2015 _____

Dated: November 11, 2015 _____

/s/ Tony Arjo _____
Attorney for Plaintiff
TONY ARJO
/s/ Robert M. Forni, Jr. _____
Attorney for Defendant
ROBERT M. FORNI, JR.

CONTINUE TO FOLLOWING PAGE


American LegalNet, Inc.
www.FormsWorkFlow.com

**[PROPOSED] ORDER**

☒    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   11/17/15

UNITED STA
JUDGE



When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

American LegalNet, Inc.
www.FormsWorkFlow.com