TONY ARJO, SBN 151890
1440 Broadway, Suite 1019
Oakland, CA 94612
(510) 451-2334
FAX: (510) 451-2310

Attorney for Plaintiff JOSE DAGUNA

ROBERT M FORNI, JR., SBN 180841
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94603-2052
(650) 364-8200
FAX: (650) 780-1701

Attorneys for Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAGUNA,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendant | 15-cv-0905 EMC<br><br>STIPULATION RE: STANDARD OF REVIEW & [PROPOSED] ORDER |

This action arises from the termination of plaintiff Jose Daguna's claim for long-term disability ("LTD") benefits under The Safeway Inc. Welfare Benefits Plan ("the Plan"). The Plan is an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 88 Stat. 829, as amended, 29 U.S.C. §1001 et seq. ("ERISA"). LTD benefits under the Plan are insured by a Group Disability Income Policy that defendant Liberty Life Assurance Company of Boston ("Liberty") issued to Safeway, Inc., the sponsor of the Plan and plaintiff's former employer.

On November 17, 2015, counsel for Plaintiff and Liberty appeared for a Case

1  Management Conference before the Honorable Edward M. Chen. At that time, the Court set for
2  hearing on July 28, 2016 the parties cross-motions for partial summary judgment on the issue
3  of the standard of review to be applied by the Court.
4  　　　The parties hereby stipulate and agree, by and through their counsel of record in this
5  action, that de novo review is the appropriate standard of review in this case. The cross-
6  motions for summary judgment are therefore moot. Accordingly, the parties respectfully
7  request that the briefing schedule and hearing on the parties' cross-motions for partial summary
8  judgment be vacated and dropped from the calendar in this case.

Dated: May 18, 2016        By:      /s/ Tony Arjo
                                    TONY ARJO

                           Attorney for Plaintiff JOSE DAGUNA

Dated: May 18, 2016        ROPERS, MAJESKI, KOHN & BENTLEY


                           By:      /s/ Robert M. Forni, Jr.
                                    ROBERT F. FORNI, JR.

                           Attorney for Defendant LIBERTY LIFE
                           ASSURANCE COMPANY

ORDER

Pursuant to the parties' Stipulation, the court hereby finds good cause to VACATE as moot the hearing and related briefing schedule concerning the parties' cross-motion for partial summary judgment re: standard of review, currently set for hearing on July 28, 2016.

**IT IS SO ORDERED:**

Dated: May 20, 2016

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE