TONY ARJO (SBN 151890)
1440 Broadway, Suite 1019
Oakland, CA  94612
Telephone:    (510) 451-2334
Facsimile:    (510) 451-2310
Email: tarj@sbcglobal.net

Attorneys for Plaintiff,
JOSE DAGUNA

PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, California 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: pamela.cogan@rmkb.com; robert.forni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAGUNA,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendants. | Case No.  3:15-cv-00905-EMC<br><br>**STIPULATION AND [PROP~~OSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff JOSE DAGUNA and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with

the Stipulation's content and authorize its filing.

Dated:  December 30, 2016             LAW OFFICES OF TONY ARJO


                                      By:  /s/ *Tony Arjo*
                                           TONY ARJO
                                           Attorneys for Plaintiff
                                           JOSE DAGUNA


Dated:  December 30, 2016             ROPERS, MAJESKI, KOHN & BENTLEY


                                      By:  /s/ *Robert M. Forni, Jr.*
                                           PAMELA E. COGAN
                                           ROBERT M. FORNI, Jr.
                                           Attorneys for Defendant, LIBERTY LIFE
                                           ASSURANCE COMPANY OF BOSTON

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  1/4/2017

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA